**EXHIBIT A**

October 18, 2021

The Honorable Justice Indira Talwani
United States District Court for the District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, MA 02210

Dear Judge Talwani,

I am Arthur Pacheco's mother and the purpose of my letter is to share with you a little bit about my son.

AJ was an excellent student with a high IQ, and a bright and promising future. In grammar school there was discussion about moving him ahead one year but in the end we decided it was better to keep him with his peers and move him to the higher class for certain subjects. He was well liked and always had lots of friends. He played baseball, was part of a community theater, an avid hockey and football fan, enjoyed playing with the kids in the neighborhood on their skateboards, Star Wars toys, watching movies, and got along with everyone.

In AJ's pre-teen years, he began to suffer from depression so I sought professional help which seemed to help. In his teenage years, it got worse and he was in denial that he needed help and refused any counseling or medication. It was very, very difficult. Failure to address his mental health issues resulted in bouts rebellion and addiction. First he became addicted to narcotics for which he received treatment and did well. Later he had a bout with alcoholism for which again, he received treatment, and was doing well.

Then, he got a great job that he loved at the Woods Hole Oceanographic Institute. He was sent to the Pacific Northwest to be part of a team that studied salmon. During this time he befriended a diver who was part of this WHOI team and he sparked an interest in AJ to pursue a professional license to dive. AJ completed the course and moved to Texas for a job requiring deep sea divers. The company folded and AJ enrolled at Texas A&M in a computer science program, and began working at Verizon, where he met his current wife. Unfortunately, they seemed to have fueled each other's mental health and addiction issues resulting in the loss of his job, his apartment and his car followed by arrests and incarceration.

Throughout AJ's life he has been a kind and an especially sensitive person. When he was very little, he would become upset if he saw litter on the side of the road because I told him we should be respectful of our planet and not litter. He rescued lost or hurt animals. While in recovery he was empathetic and helpful to others who were struggling. He recently apologized to me, his Dad, his adult daughter Angel, sincerely expressing his regrets for his failures and misdeeds. Our most recent conversations are about the future. His past actions have resulted in the loss of too many years with his daughter Angel (29 years old) and grand-daughter Millie (8 years old). He said all he wants to do is make it up to everyone and renew family relationships. He hopes to eventually move to Florida to be near Angel and Millie so he can be a regular and meaningful part of their lives. I am prepared to help him with his recovery to become his best self. He can do it and has a loving family that will help him.

Thank you for taking the time to read my letter.

Sincerely,

*Karen St. Germain*
Karen St. Germain

The Honorable Justice Indira Talwani
United States district court for the District of Massachusetts
United States Courthouse
1 Courthouse Way
Boston, Ma. 02210

October 21, 2021.

Dear Judge Talwani:

My name is Arthur Pacheco Sr. I am Arthur Pacheco jr's father.  I'm writing this letter in support for my son.  He's always been a good and loving son.  Always did good in school with excellent grades.  He loves sports and excelled in hockey.  We raised him to believe in GOD and live his life as a good CHRISTIAN.  He always tried to be kind and caring to all people with his highest respect.  He would do what he could to help others in need.  He has a loving heart.  He took it hard when our family broke up, it effected so much.  I know Arthur has made mistakes in his life and had to pay for them.  I believe he will turn his life around and become the GODLY CHRISTIAN young man he always was.  I support, believe, and love my son Arthur wholeheartedly.

Thank you Judge Talwani.

Sincerely

Arthur Pacheco sr.

The Honorable Justice Indira Talwani                                    October 20, 2021

United States District Court for the District of Massachusetts

United States Courthouse

1 Courthouse Way

Boston, MA 02210

Dear Judge Talwani,

I am Tracey Araujo, the sister of Arthur Pacheco Jr. I am writing to you now to tell you of my opinion and views of my brother. My brother has had his fair deal of struggles, but I believe he is a good man with a good heart. Throughout all my experiences with him, he has always been a rock, a shoulder to lean on, and a person to count on. If given the opportunity I believe that my brother could rise to any and all occasions given the support. For instance, when my grandmother was in her last days, Arthur took it upon himself to help with any necessary arrangements that I could not do alone. As a mother myself, he had known how busy and tired I had been, and he took it upon himself to lessen the burdens bestowed onto me. Arthur is not only caring and compassionate, but he is someone that I hold dear to my heart.

When I was a child, my brother was always a smart boy. A child as bright as any other, or even more so. Perhaps that is what has caused so many problems in his life. Nonetheless, I believe my brother is smart enough to know between right and wrong and has learned so much from the lessons he has lived. I also believe that we must live through certain circumstances in life to become better people in the world. And as my brother, Arthur has always been kind to me, even in times where I was not kind, and even in times where we had not seen each other for long periods. To me Arthur is one of the best people I know, someone worth knowing and understanding.

I thank you for taking the time to read my letter, have a blessed day.

Tracey Araujo                                                            Sincerely,
508-509-8578
Tracey6169@aol.com
2732 Pleasant Street                                                     *Tracey Ar—*
Dighton, MA 02715